**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| IRENE YATES, | * |
| Plaintiff, | * |
| v. | Civil Action No. 8:21-cv-03044-TDC |
| | * |
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST OF DEFENDANT NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING

Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), by its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, files this Amended Disclosure of Affiliations and Financial Interest and states:

NewRez LLC d/b/a Shellpoint Mortgage Servicing is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company. Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies. Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is a wholly-owned subsidiary of Rithm Capital Corp., a Delaware corporation. Rithm Capital Corp., f/k/a New Residential Investment Corp., is publicly traded on the New York Stock Exchange under the ticker symbol RITM, and was previously traded under the ticker symbol NRZ.

[*Signature follows on the next page*]

Dated: August 24, 2022                              Respectfully submitted,

    */s/ Melissa O. Martinez*
Melissa O. Martinez (Fed. Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street, Suite 1000
Baltimore, MD 21202-3169
Tel: (410) 659-4432
Fax: (410) 659-4482
mmartinez@mcguirewoods.com

Brian E. Pumphrey (*pro hac vice*)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Tel.: (804) 775 1000
Fax: (804) 775 1061
bpumphrey@mcguirewoods.com

***Counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing***

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022 a copy of the foregoing was electronically filed via the Court's CM/ECF system upon all counsel of record.

*/s/ Melissa O. Martinez*
Melissa O. Martinez
