UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

IRENE YATES,

    Plaintiff,

v.

NEWREZ LLC,
d/b/a Shellpoint Mortgage Servicing,

    Defendant.

Civil Action No. TDC-21-3044

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Plaintiff Irene Yates's Motion for Class Certification, ECF No. 58, is GRANTED.

2. The parties shall file a Joint Status Report within 21 days of the date of this Order proposing the next steps in this case.

Date: August 8, 2023



THEODORE D. CHUANG
United States District Judge